## LLOYD v TOLEDO (city)

Ohio Appeals, 6th Dist, Lucas Co
No. 2538. Decided June 8, 1931

O. L. Hankinson, Toledo, for Lloyd.
M. Winchester, for Toledo (city).

**WILLIAMS, J.**

In our judgment, the facts recited above, which are conceded by the pleadings, show that the hospital was a municipal institution maintained and operated at the expense of the city in the interest of and for the preservation of the public health, and the municipality in conducting the institution is performing a governmental function. The situation in this respect is not altered by the mere fact that there were some patients who paid for the accommodations and service. The rule is well settled that a municipal corporation is not liable for the torts of its officers and employes engaged in the operation of a municipal hospital, mainly at the public expense, to promote the public health. University of Louisville v Metcalf, 49 A. L. R., 375, 379.

For the reasons given the Court of Common Pleas did not err in sustaining the motion of the defendant for a judgment in its favor upon the pleadings.

Judgment affirmed.

LLOYD and RICHARDS, JJ, concur.